UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCE NICOLAS VAN VLECK,                    Case No. 20-11635

    Plaintiff,                                      Stephanie Dawkins Davis
v.                                                        United States District Judge

LEIKIN, INGBER & WINTERS, P.C.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Court's Opinion and Order dated March 31, 2021, **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED** without prejudice.

Date:  April 8, 2021                              s/Stephanie Dawkins Davis
                                                                                    HON. STEPHANIE DAWKINS DAVIS
                                                                                   United States District Court Judge