IN THE UNITED STATES DISTRCIT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCE NICOLAS VAN VLECK,

    Plaintiff,

v.

LEIKIN, INGBER & WINTERS, P.C.,
d/b/a INGBER & WINTERS, P.C.,

    Defendant.

Case No.  20-cv-11635-DPH-EAS

Hon. Denise Page Hood

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that Plaintiff Vince Nicolas Van Vleck, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the opinions, orders and judgments entered by the United States District Court for the Eastern District of Michigan in the above captioned matter, as follows:

(1)    ECF No. 47, Opinion and Order Granting Motion to Dismiss (ECF No. 26) and Terminating All Pending Motions as Moot (ECF Nos. 9, 38, 43)[1], entered on March 31, 2021;

(2)    ECF No. 48, Judgement, entered on April 8, 2021;

---

[1] Pursuant to FRAP 3(c)(6) Plaintiff is not appealing the portion of the March 31, 2021, Opinion and Order, "Terminating All Pending Motions as Moot (ECF Nos. 9, 38, 43)" as Plaintiff withdrew his class claims, ECF No. 75, and the two other cases to which consolidation had been sought, were subsequently resolved.

(3) ECF No. 83, Opinion and Order Denying Plaintiff's Motion to Vacate the March 31, 2021 Opinion and Order and the April 8, 2021 Judgement and for Leave to File an Amended Complaint [ECF No. 49]; Denying Plaintiff's Motion to Certify A Question to the Michigan Supreme Court [ECF No. 50]; and Granting Plaintiff's Motion to Supplement [ECF No. 77][2], entered on September 23, 2022.

Respectfully submitted,
/s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner (P59915)
85 Denison Parkway E #186
Corning, NY 14830
(607) 438-3011 (TEL)
cwarner@warner.legal

## CERTIFICATE OF SERVICE

I hereby certify that on **September 23, 2022**, I filed electronically the foregoing paper above with the Court using the Court's ECF system, which will automatically send notice to all counsel of record that has so appeared.

Respectfully submitted,
/s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner (P59915)
85 Denison Parkway E #186
Corning, NY 14830
(607) 438-3011 (TEL)
cwarner@warner.legal

---

[2] Pursuant to FRAP 3(c)(6) Plaintiff is not appealing the portion of the September 23, 2022 Opinion and Order, ECF No. 83, PageID.1244, holding, "IT IS FURTHER ORDERED that Plaintiff's Motion to Supplement [ECF No. 77] is GRANTED."